**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00237-CV

### JAY SANDON COOPER AND TERESA WARD COOPER, Appellants

### V.

### THE STATE OF TEXAS, ET AL., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00043-2014**

## ORDER

We **GRANT** appellants' second, opposed motion to extend time to file brief and **ORDER** the brief tendered to the Clerk of the Court July 9, 2015 filed as of the date of this order. We further **GRANT** appellants' motion to join records on appeal and **DIRECT** the Clerk of the Court to transfer the clerk's record filed in appellate cause number 05-14-01054-CV into this appeal.

Appellees shall file their brief(s) no later than August 13, 2015.

/s/     ELIZABETH LANG-MIERS
         JUSTICE